688 A.2d 1050

UNITED TRANSPORTATION UNION v. NEW
JERSEY TRANSIT CORPORATION.

January 10, 1997.

## ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

688 A.2d 1050

STATE OF NEW JERSEY v. HECTOR JONES.

January 15, 1997.

## ORDER

Motion for reconsideration is granted, and the matter is summarily remanded to the Superior Court, Appellate Division for reconsideration in light of this Court's decision in *State v. Burris*, 145 *N.J.* 509, 679 *A.*2d 121 (1996) and for consideration of the issue of the charge to the jury on accomplice liability.